# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings<br>Under Chapter 13 |
| Steven D. Walker | Kristina L. Walker<br>aka Kristina Kirby<br>aka Kristina Howard | BK 01–42341 |
| Debtor(s) | | |

SSN/FIN: xxx–xx–0451
           xxx–xx–6769

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Bob G. Kearney is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 13 case of the above named debtor is closed.

ENTERED: February 15, 2005          /s/ Kenneth J. Meyers
                                                                      UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0754-4           User: dc                 Page 1 of 2              Date Rcvd: Feb 15, 2005
Case: 01-42341                 Form ID: 178             Total Served: 65


The following entities were served by first class mail on Feb 17, 2005.
db         +Steven D. Walker,    14864 Old Frankfort Rd,    Marion, IL 62959-6707
aty        +Dan Eugene Cavaness,    Wells Law Office,    13113 Pittsburg Road,    Marion, IL 62959-7253
aty        +William E Wells,    Financial Services Law Practice,     13113 Pittsburg Road,   Marion, IL 62959-7253
tr         +Bob G. Kearney,    Trustee,    PO Box 998,   Benton, IL 62812-0998
ust        +United States Trustee,    Becker Bldg, Room 1100,    401 Main St,    Peoria, IL 61602-1267
jtdb       +Kristina L. Walker,    14864 Old Frankfort Rd,    Marion, IL 62959-6707
1148424    +AFNI/Verizon,    404 Brock Dr,    Bloomington, IL 61701-2654
1148374    +AT&T,   NCO Financial Systems Inc,    1350 Blair Drive Suite H,    Odenton MD 21113-1333
1148369    +Aaron Taylor,    PO Box 602,    Energy IL 62933-0602
1148370    +Aluma Kraft Sales,    Post Office Box 588,    Paducah KY 42002-0588
1148371    +Ameren CIPS,    Post Office Box 66878,    St Louis MO 63166-6878
1148372    +American General Finance,    606 W Main,    West Frankfort IL 62896-2233
1148373    +Associated Lumber Industries Inc,    Neal Laws Jr Attorney,    221 E Main Street,
             Fairfield IL 62837-2094
1148375     Bethel Missionary Baptist Church,    Whipporwill Road,    Carrier Mills IL 62917
1148376    +Carbonale Clinic,    Post Office Box 2588,    Carbondale IL 62902-2588
1148417    +Cardinal Glennon Childrens Hospital,    Risk Mgmt Alternatives Inc,    9990 Ricmond Ste 300 North,
             Houston TX 77042-4546
1148377    +Cellular One,    Post Office Box 3007,    Carbondale IL 62902-3007
1148378    +Chuck Ferkel,    102 N Browning,    Benton IL 62812-1562
1148379    +Corey Hope,    721 N Harper,    Marion IL 62959-3025
1148380    +Daniel Loeh,    306 W 5th Street,    West Frankfort IL 62896-2032
1148381    +Ervin N Baker,    Post Office Box 279,    New Route 13 West,    Marion IL 62959-0279
1148382    +Gary Munson,    Post Office Box 301,    Johnston City IL 62951-0301
1148383    +Goreville Concrete Products,    Division of Pyramid Block,    PO Box 232,   Goreville IL 62939-0232
1148384    +Greg Rogers,    15964 Dean Road,    Johnston City IL 62951-2403
1148386    +Herrin Hospital,    201 S 14th Street,    Herrin IL 62948-3631
1148419    +IL Dept of Employ Sec,    Attn Bankruptcy Unit,    401 S State St,    Chicago IL 60605-1229
1236313    +IL Dept of Revenue,    Bankruptcy Section,    Chicago Collection Srvcs Div,    100 W Randolph Ste 7-425,
             Chicago, IL 60601-3218
1148389    +Internal Revenue Service,    3101 Constitution Drive,    Stop 5000 SPD,    Springfield, IL 62704-6728
1148387    +International Profit Association,    1250 Barcley Boulevard,    Buffalo Grove IL 60089-4500
1148390    +Iowa Mutual,    Accounts Receivable Center,    Post Office Box 290,    De Witt IA 52742-0290
1148391    +Jason Inboden,    406 W 12th,    Johnston City IL 62951-1329
1148392    +Jeff Flowers,    6351 Mais Street,    Benton IL 62812-3921
1148393    +Jennifer O Conner,    2400 Blue Blaze Trail,    Herrin IL 62948-6419
1148394    +Joe Staler,    713 N Park Hill,    West Frankfort IL 62896-3806
1148395    +John England,    21813 Fancy Farm Road,    Thompsonville IL 62890-4324
1148396    +Kaeser & Blair Inc,    Thomas and Thomas Attorneys,    2323 Park Avenue,    Cincinnati OH 45206-2788
1148397    +Lawson Products Inc,    Brennon & Clark LTD,    721 East Madison Suite 200,    Villa Park IL 60181-3083
1148398    +Mark Scott,    Post Office Box 12,    Ullin IL 62992-0012
1148399    +MedCLR Inc,    NCO Financial Systems Inc,    Post Office Box 8547,    Philadelphia PA 19101-8547
1148400    +Midwest Waste,    TLK Enterprises,    Post Office Box 1628,    Mt Vernon IL 62864-0032
1148401     Mountain Metals Mfg Corp,    PO Box 13457,    Lexington KY 40583-3457
1148402     New England Business Service,    Credit Collection Services,    Post office Box 9126,
             Boston MA 02205-9126
1148403     Prentice Hall Direct,    Post Office Box 11022,    Des Moines IA 50336-1022
1148404    +Productive Products Inc,    1003 S Main Street,    Benton IL 62812-1815
1148405    +Raleigh Ready Mix,    5525 Hwy 34 North,    Post Office Box 218,    Raleigh IL 62977-0218
1167174     Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
1148407    +Ryan O Conner,    2400 Blue Blaze Trail,    Herrin IL 62948-6419
1148409    +SI Trader,    Merchants Credit Guide,    Post Office Box 308,    West Frankfort IL 62896-0308
1148412     SLU Care,    Midwest Collection Service Inc,    Post Office Box 280,    Florissant MO 63032-0280
1148408     Sams Club Personal Credit,    Post Office Box 105980,    Department 77,    Atlanta GA 30353-5980
1148410     Silkies,    Post Office Box 7857,    Philadelphia PA 19188-0001
1148411    +Silkworm Inc.,    102 S Sezmore Drive,    Post office Box 340,    Murphysboro IL 62966-0340
1148413    +Social Security Administration,    Post Office Box 3430,    Philadelphia PA 19122-0430
1148414    +South Pointe Bank,    Chex Systems Collection Agency,    1550 East 79th Street Dept C,
             Minneapolis MN 55425-1139
1148415    +Southern Illinois Redi Mix Inc,    Todd Bittle Attorney,    317 E Poplar Suite C,
             Harrisburg IL 62946-1560
1148416    +Southern Illinoisan,    Post Office Box 2108,    Carbondale IL 62902-2108
1148418    +State Disbursement Unit,    Post Office Box 8000,    Wheaton IL 60189-8000
1148420    +The Claims Pages,    223 E Main St,    Tavares FL 32778-3807
1148421    +Thomas Cobb,    1209 S Mechanic St,    Marion IL 62959-3241
1148422    +U S Diary,    Allen Maxwell & Silver Inc,    190 Sylvan Ave,    Englewood NJ 07632-2533
1148423    +United Adjustment Services,    PO Box 425,    Carbondale IL 62903-0425
1148388    +United States Attorney,    Nine Executive Dr Suite 300,    Fairview Heights IL 62208-1344
1148425    +Vine Broadcasting Inc,    PO Box 340,    Marion IL 62959-0340
1148426    +William Gibbs,    800 Water Ave,    Johnston City IL 62951-1341

The following entities were served by electronic transmission on Feb 15, 2005 and receipt of the transmission
was confirmed on:
1148385    +Fax: 618-997-8789 Feb 15 2005 18:31:08      Heights Finance,    1301 Enterprise Way / 10 B,
             Marion IL 62959-4442
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1148406     Richard Zinn
                                                                                                TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0754-4          User: dc              Page 2 of 2              Date Rcvd: Feb 15, 2005
Case: 01-42341                Form ID: 178          Total Served: 65
```

     ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2005**        **Signature:** _Joseph Speetjens_