UNITED STATES BANKRUPTCY COURT
for the
Southern District of Illinois

In Re: STEVEN D. & KRISTINA L. WALKER                              Case Number: BK-01-42341

Certificate of Mailing

    The undersigned certifies, under the penalties of perjury, that a copy of the attached Final report
in case number BK-01-42341 was mailed, in sealed envelopes, bearing first class postal indicia, or was
electronically mailed, to the following:

            Debtor:  STEVEN D. & KRISTINA L. WALKER
                     14864 OLD FRANKFORT ROAD
                     MARION, IL  62959


            Attorney for debtor:
                     WILLIAM E. WELLS
                     408 E DEYOUNG
                     MARION, IL  62959


            United States Trustee:
                     Reg. 10, Room 1100 Becker Bldg
                     401 Main St
                     Peoria, IL  61602

                              Dated: July 1, 2005
                              _____


                              /s/ Rose Leedle
                              _____



Copy for:


            Clerk of the Court
            301 West Main Street
            Benton, IL  62812

## United States Bankruptcy Court
### for the
### Southern District of Illinois

**Trustee's Final Report**

Case Number
BK-01-42341

In Re: STEVEN D. & KRISTINA L. WALKER
14864 OLD FRANKFORT ROAD
MARION, IL 62959

SSN-XXX-XX-0451 & XXX-XX-6769

Case Filed on:  October 19, 2001
Plan Confirmed on:  December 14, 2001
Plan was completed by debtor as confirmed.

Total funds received and disbursed pursuant to the plan: $11,412.00     Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| -2 | Bob Kearney | 283.50 | 283.50 | 283.50 | 283.50 | 0.00 |
| 0 | WILLIAM E. WELLS | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| | Total Admin. | 2,083.50 | 2,083.50 | 2,083.50 | 2,083.50 | 0.00 |
| 5 | AARON TAYLOR | None | None | 0.00 | 0.00 | 0.00 |
| 6 | CHUCK FERKEL | None | None | 0.00 | 0.00 | 0.00 |
| 7 | COREY HOPE | None | None | 0.00 | 0.00 | 0.00 |
| 8 | DANIEL LOEH | None | None | 0.00 | 0.00 | 0.00 |
| 9 | GARY MUNSON | None | None | 0.00 | 0.00 | 0.00 |
| 10 | GREG ROGERS | None | None | 0.00 | 0.00 | 0.00 |
| 11 | JASON INBODEN | None | None | 0.00 | 0.00 | 0.00 |
| 12 | JEFF FLOWERS | None | None | 0.00 | 0.00 | 0.00 |
| 13 | JENNIFER O'CONNER | None | None | 0.00 | 0.00 | 0.00 |
| 14 | JOE STALER | None | None | 0.00 | 0.00 | 0.00 |
| 15 | JOHN ENGLAND | None | None | 0.00 | 0.00 | 0.00 |
| 16 | MARK SCOTT | None | None | 0.00 | 0.00 | 0.00 |
| 17 | RICHARD ZINN | None | None | 0.00 | 0.00 | 0.00 |
| 18 | RYAN O'CONNER | None | None | 0.00 | 0.00 | 0.00 |
| 19 | THOMAS COBB | None | None | 0.00 | 0.00 | 0.00 |
| 20 | WILLIAM GIBBS | None | None | 0.00 | 0.00 | 0.00 |
| 21 | STATE DISBURSEMENT UNIT | None | None | 0.00 | 0.00 | 0.00 |
| 22 | INTERNAL REVENUE SERVICE | None | None | 0.00 | 0.00 | 0.00 |
| 23 | ILLINOIS DEPT. OF REVENUE | 20.07 | 20.07 | 20.07 | 20.07 | 0.00 |
| | Total Priority | 20.07 | 20.07 | 20.07 | 20.07 | 0.00 |
| -1 | STEVEN D. & KRISTINA L. WALKER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | AMERICAN GENERAL FINANCE | 400.00 | 400.00 | 400.00 | 400.00 | 52.59 |
| 2 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | ERVIN N. BAKER | 3,047.20 | 3,047.20 | 3,047.20 | 3,047.20 | 0.00 |
| 4 | HEIGHTS FINANCE | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 134.67 |
| | Total Secured | 4,447.20 | 4,447.20 | 4,447.20 | 4,447.20 | 187.26 |
| 1.1 | AMERICAN GENERAL FINANCE | 676.06 | 676.06 | 676.06 | 332.62 | 0.00 |
| 4.1 | HEIGHTS FINANCE | 1,435.49 | 1,435.49 | 1,435.49 | 706.25 | 0.00 |
| 23.1 | ILLINOIS DEPT. OF REVENUE | 30.83 | 30.83 | 30.83 | 15.17 | 0.00 |
| 24 | ALUMA-KRAFT SALES | None | None | 0.00 | 0.00 | 0.00 |
| 25 | AMEREN CIPS | 215.97 | 215.97 | 215.97 | 106.26 | 0.00 |
| 26 | ASSOCIATED LUMBER INDUSTRIES INC | None | None | 0.00 | 0.00 | 0.00 |
| 27 | AT&T | None | None | 0.00 | 0.00 | 0.00 |
| 28 | BETHEL MISSIONARY BAPTIST CHURCH | 2,684.33 | 2,684.33 | 2,684.33 | 1,320.68 | 0.00 |
| 29 | CARBONDALE CLINIC | 1,361.00 | 1,361.00 | 1,361.00 | 669.61 | 0.00 |
| 30 | CELLULAR ONE | None | None | 0.00 | 0.00 | 0.00 |
| 31 | GOREVILLE CONCRETE PRODUCTS | None | None | 0.00 | 0.00 | 0.00 |
| 32 | HERRIN HOSPITAL | None | None | 0.00 | 0.00 | 0.00 |
| 33 | INTERNATIONAL PROFIT ASSOCIATION | None | None | 0.00 | 0.00 | 0.00 |
| 34 | IOWA MUTUAL | None | None | 0.00 | 0.00 | 0.00 |
| 35 | KAESER & BLAIR INC | None | None | 0.00 | 0.00 | 0.00 |
| 36 | LAWSON PRODUCTS INC | None | None | 0.00 | 0.00 | 0.00 |
| 37 | MedCLR, INC | None | None | 0.00 | 0.00 | 0.00 |
| 38 | MIDWEST WASTE | None | None | 0.00 | 0.00 | 0.00 |
| 39 | MOUNTAIN METALS MANUFACTURING CO | None | None | 0.00 | 0.00 | 0.00 |
| 40 | NEW ENGLAND BUSINESS SERVICE | None | None | 0.00 | 0.00 | 0.00 |
| 41 | PRENTICE HALL DIRECT | None | None | 0.00 | 0.00 | 0.00 |
| 42 | PRODUCTIVE PRODUCTS INC | None | None | 0.00 | 0.00 | 0.00 |
| 43 | RALEIGH READY MIX | 696.49 | 696.49 | 696.49 | 342.67 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | RESURGENT CAPITAL SERVICES | 429.93 | 429.93 | 429.93 | 211.53 | 0.00 |
| 45 | SI TRADER | None | None | 0.00 | 0.00 | 0.00 |
| 46 | SILKIES | None | None | 0.00 | 0.00 | 0.00 |
| 47 | SILKWORM INC | None | None | 0.00 | 0.00 | 0.00 |
| 48 | SLU CARE | None | None | 0.00 | 0.00 | 0.00 |
| 49 | SOCIAL SECURITY ADMINISTRATION | None | None | 0.00 | 0.00 | 0.00 |
| 50 | SOUTH POINTE BANK | None | None | 0.00 | 0.00 | 0.00 |
| 51 | SOUTHERN ILLINOIS REDI-MIX, INC | None | None | 0.00 | 0.00 | 0.00 |
| 52 | SOUTHERN ILLINOISAN | None | None | 0.00 | 0.00 | 0.00 |
| 53 | SSM CARDINAL GLENNON CHILDREN'S | None | None | 0.00 | 0.00 | 0.00 |
| 54 | STATE OF ILLINOIS | None | None | 0.00 | 0.00 | 0.00 |
| 55 | ILLINOIS DEPT OF EMPLOYMENT SECU | None | None | 0.00 | 0.00 | 0.00 |
| 56 | THE CLAIMS PAGES | None | None | 0.00 | 0.00 | 0.00 |
| 57 | U S DIARY | None | None | 0.00 | 0.00 | 0.00 |
| 58 | UNITED ADJUSTMENT SERVICES | 370.00 | 370.00 | 370.00 | 182.04 | 0.00 |
| 59 | VERIZON NORTH | 573.20 | 573.20 | 573.20 | 282.01 | 0.00 |
| 60 | VINE BROADCASTING, INC | None | None | 0.00 | 0.00 | 0.00 |
| 61 | RESURGENT CAPITAL SERVICES | 1,366.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62 | RESURGENT CAPITAL SERVICES | 1,422.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63 | RESURGENT CAPITAL SERVICES | 816.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total   Unsecured | 12,079.49 | 8,473.30 | 8,473.30 | 4,168.84 | 0.00 |
| | | Grand Totals: | 18,630.26 | 15,024.07 | 15,024.07 | 10,719.61 | 187.26 |

| | |
|---|---|
| Total Paid Claimant: | 10,906.87 |
| Trustee Allownaces: | 505.13 |
| Percent Paid Unsecured: | 49.200 % |

    Wherefore, your petitioner prays that a Final Decree be entered
discharging the trustee and the trustee's surety from any and all
liability on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

    Report Dated: July 1, 2005

                                        /s/ Bob Kearney
                              -----------------------------------------------
                                        Bob Kearney, Trustee

Clerk's copy